UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JANE DOE,

        Plaintiff,

Case No. 17-CV-1158

    vs.

MARQUETTE UNIVERSITY,

        Defendant.

## JOINT STATUS REPORT REGARDING PRETRIAL DEADLINES

In response to the Court's July 3, 2019 minute order, the parties hereby propose the following pretrial deadlines for this matter.

1.      The parties will complete fact discovery no later than January 10, 2020.

2.      The parties may file dispositive motions on or before February 28, 2020.

3.      With respect to damages, plaintiff shall disclose expert testimony no later than 30 days after: (a) defendant informs plaintiff that it will not seek summary judgment as to liability; (b) the court denies summary judgment as to liability; or (c) the deadline for filing dispositive motions as to liability expires. No later than 30 days after plaintiff discloses expert testimony on damages, defendant shall disclose expert testimony on damages, and the parties shall otherwise complete all discovery.

Dated: July 16, 2019

s/ Kyle A. Palazzolo
Julie B. Porter
Bar Number: IL 6243787
Kyle A. Palazzolo
Bar Number: IL 6295329

s/ Michelle L. Dama
Eric H. Rumbaugh, SBN 1015164
Michael Best & Friedrich LLP
100 East Wisconsin Ave, Suite 3300
Milwaukee, WI 53202-4108

Salvatore Prescott & Porter, PLLC
1010 Davis Street
Evanston, IL 60201
Telephone: (312) 283-5711
Fax: (312) 724-8353
E-mail: porter@spplawyers.com
E-Mail: palazzolo@spplawyers.com

*Attorneys for Plaintiff*

Telephone: (414) 271-6560
Fax: (414) 277-0656
E-mail: ehrumbaugh@michaelbest.com

Michelle L. Dama , SBN 1041809
Michael Best & Friedrich LLP
Firstar Plaza
1 S Pinckney St - Ste 700
PO Box 1806
Madison, WI 53701-1806
Telephone: (608) 283-0118
Fax: (608) 283-2275
E-mail: mldama@michaelbest.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2019, I electronically filed the foregoing with the Clerk of the Court for the Eastern District of Wisconsin by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

<u>s/ Kyle A. Palazzolo</u>